IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| HARLINZA ANTION JONES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-17-0789-HE |
| | ) | |
| OKLAHOMA COUNTY JAIL, *et al.* | ) | |
| | ) | |
| Defendants | ) | |

# ORDER

Plaintiff Harlinza Jones filed this civil rights action against the Oklahoma County Jail and employees of Oklahoma County. The matter was referred to U.S. Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B)-(C). Judge Mitchell recommends dismissal without prejudice of all claims. The parties were advised of their right to file an objection to the Report and Recommendation by December 7, 2017. No objections have been filed. The parties therefore waive any right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court **ADOPTS** the Report and Recommendation [Doc. #21], a copy of which is attached to this order. Plaintiff's claims are **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 14th day of December, 2017.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE